

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2021

No. 04-21-00049-CV

**IN THE INTEREST OF S.R.F., ET AL, CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00061
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed a notice of appeal on February 12, 2021. The clerk's record and reporter's record were originally due on February 22, 2021. Neither has been filed.

On February 23, 2021, this court ordered the court reporters responsible for preparing the reporter's records, Decline Benavides and Jessica Butts, to file their reporter's records no later than March 2, 2021. On that same date, Ms. Benavides filed a Notification of Late Record requesting an extension until March 14, 2021 (a Sunday).

Texas Rule of Appellate Procedure 35.1 requires the appellate record in an accelerated appeal to be filed within ten days after the notice of appeal is filed. TEX. R. APP. P. 35.1(b). Rule 35.3(c) permits an appellate court to extend the deadline to file the record, but limits each extension to ten days in an accelerated appeal. TEX. R. APP. P. 35.3(c). Further, with regard to parental termination appeals, Rule 28.4(b)(2) states that while an appellate court may extend the deadline to file the record, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

We GRANT Ms. Benavides's request for additional time and ORDER her to file the record **no later than March 15, 2021. No further extensions of time will be granted absent extraordinary circumstances.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2021.



_____

MICHAEL A. CRUZ, Clerk of Court